## STATE v. JAMES NASH POWELL.

(Filed 9 May, 1956.)

**Prostitution § 5a—**

Warrant charging that defendant did aid and abet in prostitution *held* fatally defective on authority of *S. v. Cox, ante,* 57.

APPEAL by defendant from *Williams, J.,* January Criminal Term, 1956, CUMBERLAND.

The warrant on which defendant was tried charged, in pertinent part, that "on or about the 8th day of October 1955, James Nash Powell, did, with force and arms, within the limits of the said City of Fayetteville or within five miles outside of said city limits wilfully and unlawfully, did aid and abet in prostitution by soliciting and offering to procure for the purpose of prostitution against the statute in such case made and provided, . . ."

From judgment, based on verdict of guilty, defendant appeals, assigning errors.

*Attorney-General Rodman and Assistant Attorney-General Bruton for the State.*

*Nance, Barrington & Collier for defendant, appellant.*

PER CURIAM. For the reasons stated by *Winborne, J.,* in *S. v. Cox, ante,* 57, the warrant is fatally defective. Hence, defendant's motion in arrest of judgment is allowed. The State, if it so elects, may prosecute upon a new warrant or bill of indictment.

Judgment arrested.